No. 70–5282.  Littlejohn *v.* Illinois.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 70–5330.  Schill *v.* Wisconsin.  Sup. Ct. Wis. Certiorari denied.

No. 70–5339.  Knowles *v.* Illinois.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 70–5351.  Turley *v.* Missouri.  C. A. 8th Cir. Certiorari denied.

No. 70–5385.  Rutherford *v.* Nebraska.  Sup. Ct. Neb.  Certiorari denied.

No. 71–5032.  Reynolds *v.* Tennessee.  Sup. Ct. Tenn.  Certiorari denied.

No. 71–5039.  Miller *v.* Florida.  Dist. Ct. App. Fla., 3d Dist.  Certiorari denied.

No. 71–5053.  Hardin *v.* United States; and
No. 71–5434.  Hardin *v.* United States.  C. A. 5th Cir.  Certiorari denied.  Reported below: No. 71–5434, 446 F. 2d 148.

No. 71–5054.  Oakes *v.* Vermont.  Sup. Ct. Vt. Certiorari denied.

No. 71–5058.  Woods et ux. *v.* Department of Social Services.  Ct. Sp. App. Md.  Certiorari denied.